# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>25-2365</u>

Maryann Butler v. New American Funding

(United States District Court for the Middle District of Pennsylvania No. 1:25-cv-00690)

## O R D E R

**Audury Petie Davis** filed a notice of appeal on behalf of Appellant **Maryann Butler.** A person who is not a licensed attorney may only represent himself in this Court. 28 U.S.C. Section 1654; <u>see also Becker v. Montgomery,</u> 532 U.S. 757, 760 (2001)(appeal may proceed so long as Appellant promptly supplies signature). Audury Petie Davis does not appear to be a licensed attorney. Accordingly, it is hereby

ORDERED that **Maryann Butler,** must personally sign the notice of appeal and return it to the Clerk's Office within fourteen (14) days of the date of this Order. Failure to do so will result in dismissal of the appeal. Each Appellant must also personally sign any and all future submissions in this case that are intended to be filed on that individual's behalf.

For the Court,


<u>s/ Patricia S. Dodszuweit</u>,
Clerk

Dated: July 28, 2025
JK/cc:  Maryann Butler
       James McNally, Esq.
       Audury Petie Davis