Audury Petie Davis

2041 Greenwood Street

Harrisburg, PA 17104

Phone: (717) 424-8220

Email: mfmallah87@icloud.com



July 22, 2025

Clerk's Office

United States Court of Appeals for the Third Circuit

601 Market Street

21400 U.S. Courthouse

Philadelphia, PA 19106

RE: Notice of Supplemental Materials – Docket Sheet and Mailing Confirmation

Case: Maryann Butler and Audury Petie Davis v. New American Funding, et al.

District Court Case No.: 1:25-cv-690

Third Circuit Appeal (Docket No. Pending)

Dear Clerk of Court:

I am writing respectfully to submit a supplemental filing for the appeal I initiated on July 21, 2025. Due to time-sensitive circumstances and mailing deadlines, I inadvertently omitted a copy of the full District Court docket sheet with my initial Notice of Appeal and In Forma Pauperis Application.

Please accept the enclosed District Court docket sheet and certified mailing confirmation (Exhibit B) as supporting documentation to be associated with my pending appeal. These materials are submitted in good faith to ensure the appellate record is complete and accurate.

I appreciate your consideration and assistance. Please do not hesitate to contact me at (717) 424-8220 or via email at mfmallah87@icloud.com if any additional information is required.

Respectfully,

/s/ Audury Petie Davis

Audury Petie Davis

Pro Se Appellant

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**EXHIBIT COVER SHEET**

Case Title:

Maryann Butler and Audury Petie Davis v. New American Funding, Amy Dale, Sean Wainwright, and Enrico Arvielo

Third Circuit Docket No.:

District Court Case No.: 1:25-cv-690

Originating Court: United States District Court – Middle District of Pennsylvania

Judge: Hon. Jennifer P. Wilson (if correct judge; update if not)

Exhibit Title:

**Certified Docket Sheet from U.S. District Court – Middle District of Pennsylvania**

Exhibit Number:

Exhibit A

Purpose of Submission:

This docket sheet is submitted as part of the appellate record to demonstrate the full history of the lower court proceedings, to accompany the Notice of Appeal and IFP Application filed by the Appellants. It is being filed now due to inadvertent omission in the initial mailing under conditions of duress and urgency. Appellants respectfully request its inclusion in the appellate record.

Submitted by:

Audury Petie Davis, Pro Se

2041 Greenwood Street, Harrisburg, PA 17104

mfmallah87@icloud.com | 717-424-8220

Date Submitted: July 22, 2025

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

EXHIBIT COVER SHEET

Case Title:

Maniere Bidati and Asbury Petie Davis v. New American Finance, Ally/Data Bank Wells Fargo, et al (Sadie et al)

Third Circuit Docket No:

District Court Case No: 1:25-cv-690

Originating Court: United States District Court – Middle District of Pennsylvania

Judge: Hon. Jennifer P. Wilson (if correct judge, update if not)

Exhibit Title:

Certified Docket Sheet from U.S. District Court – Middle District of Pennsylvania

Exhibit Number:

Exhibit A

Purpose of Submission:

This docket sheet is submitted as part of the appellate record to demonstrate the full history of the lower court proceedings, to accompany the Notice of Appeal and IFP Application filed by the Appellants. It is being filed now due to inadvertent omission in the initial mailing index consistent of dockets and urgency. Appellants respectfully request its inclusion in the appellate record

Submitted by:

Asbury Petie Davis, Pro Se

2041 Greenwood Street, Harrisburg, PA 17104

marialettlr87@icloud.com | 717-424-8220

Date Submitted: July 22, 2025

APPEAL,DIRECTMJ,HBG,PROSE

# United States District Court
## Middle District of Pennsylvania (Harrisburg)
## CIVIL DOCKET FOR CASE #: 1:25–cv–00690–PJC

Butler v. New American Funding
Assigned to: Honorable Phillip J. Caraballo
Demand: $1,000
Cause: 15:1640 Truth in Lending

Date Filed: 04/21/2025
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Maryann Butler**                    represented by   **Maryann Butler**
1823 State St
Harrisburg, PA 17103
717–424–8220
PRO SE

V.

**Defendant**

**New American Funding**              represented by   **James McNally**
Cohen Seglias Pallas Greenhall & Furman
626 Washington Place
Suite 1902
Pittsburgh, PA 15219
412–434–5530
Fax: 412–434–5565
Email: jmcnally@cohenseglias.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/21/2025 | 1 | COMPLAINT against New American Funding lodged pending the disposition of the Motion for In Forma Pauperis, filed by Maryann Butler. (Attachments: # 1 Civil Cover Sheet, # 2 Declaration of Audrey Davis, # 3 Summons, # 4 Table of Contents, # 5 Attachment A – Statement of Facts, # 6 Exhibit B – Loan Application Packet, # 7 Exhibit C – Appraisal Report, # 8 Exhibit D – Communication Failures, # 9 Exhibit E – CFPB Response by Amy Dale, # 10 Exhibit F – Voicemail from Loan Officer, # 11 Exhibit G – CFPB Complaint and Amy Dale's Written Response, # 12 Exhibit H – Email Communications)(cp) (Entered: 04/21/2025) |
| 04/21/2025 | 2 | MOTION for Leave to Proceed in forma pauperis by Maryann Butler. (Attachments: # 1 Exhibits)(cp) (Entered: 04/21/2025) |
| 04/21/2025 | 3 | **STRICKEN from the record per Doc. 37 Order** REQUEST entitled "Motion for Permission to File Electronically (CM/ECF Access)" by Maryann Butler. (cp) Modified on 7/15/2025 (cp). (Entered: 04/21/2025) |
| 04/21/2025 | 4 | PRO SE LETTER ISSUED providing the case number. (Attachments: # 1 Excerpts of the Local Rules) (cp) (Entered: 04/21/2025) |
| 04/28/2025 | 5 | **STRICKEN from the record per Doc. 37 Order** MOTION to Expedite Review of Application to Proceed in Forma Pauperis filed by Maryann Butler. (ibr) Modified on 7/15/2025 (cp). (Entered: 04/28/2025) |
| 05/08/2025 | 6 | ORDER finding as moot 5 Motion to Expedite; and GRANTING 2 Motion for Leave to Proceed in forma pauperis. The complaint is now deemed filed. Service of the complaint, however, shall be held in abeyance pending the screening of the complaint under 28 U.S.C. 1915(e)(2)(B).Signed by Honorable Phillip J. Caraballo on 05/08/2025 (ss) (Entered: 05/08/2025) |
| 05/19/2025 | 7 | **STRICKEN from the record per Doc. 37 Order** Supplemental NOTICE of Urgency by Maryann Butler. (Attachments: # 1 Declaration in Support, # 2 Exhibit A |

| | | |
|---|---|---|
| | | − Letter from Audrey "Petie" Davis to Ms. Dale and New American Funding)(cp) Modified on 7/15/2025 (cp). (Entered: 05/19/2025) |
| 05/20/2025 | 8 | **STRICKEN from the record per Doc. 37 Order** Supplement to Declaration of Spolation and Urgency filed by Maryann Butler, RE: 7 Notice. (rw) Modified on 7/15/2025 (cp). (Entered: 05/20/2025) |
| 05/20/2025 | 9 | **STRICKEN from the record per Doc. 37 Order** Addendum to Declaration 8 of Spolation and Urgency by Maryann Butler. (# 1 Exhibit O) (rw) Modified on 7/15/2025 (cp). (Entered: 05/20/2025) |
| 05/27/2025 | 10 | **STRICKEN from the record per Doc. 37 Order** DECLARATION of Audury Petie Davis filed by Maryann Butler. (2 thumb drives received, one sent to Chambers & one held in the Clerk's Office media cabinet.) (rw) Modified on 7/15/2025 (cp). (Entered: 05/27/2025) |
| 06/06/2025 | 11 | Summons Issued as to All Defendants and provided TO PLAINTIFF VIA U.S. MAIL for service on Defendant(s)in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. (NOTICE TO ATTORNEYS RECEIVING THE SUMMONS ELECTRONICALLY: You must print the summons and the attachment when you receive it in your e−mail and serve the complaint on all defendants in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure). (Attachments: # 1 Summons Packet) (ll) (Entered: 06/06/2025) |
| 06/06/2025 | 12 | **STRICKEN from the record per Doc. 37 Order** ADDENDUM to Verified Complaint and Exhibit Index filed by Maryann Butler. 1 Complaint,,. (ibr) Modified on 7/15/2025 (cp). (Entered: 06/06/2025) |
| 06/06/2025 | 13 | MOTION to Expedite Discovery filed by Maryann Butler. (Attachments: # 1 Exhibit Index − Verified Motion to Expedite Discovery, # 2 Exhibit P − Risk Summary in Support of Verified Motion to Expedite Discovery) (ibr) (Entered: 06/06/2025) |
| 06/06/2025 | 14 | SUMMONS Returned Executed by Maryann Butler New American Funding served on 6/6/2025, answer due 6/27/2025. (ibr) (Entered: 06/06/2025) |
| 06/12/2025 | 15 | **STRICKEN from the record per Doc. 37 Order** Emergency Supplemental Declaration of Petie Davis in Support of Immediate Relief and Court Supervision filed by Maryann Butler. (rw) Modified on 7/15/2025 (cp). (Entered: 06/12/2025) |
| 06/12/2025 | 16 | MOTION for Sanctions for Discovery Misconduct Spoliation and Bad Faith Conduct filed by Maryann Butler. (Attachments: # 1 Exhibits)(rw) (Entered: 06/12/2025) |
| 06/16/2025 | 17 | NOTICE of Appearance by James McNally on behalf of New American Funding (McNally, James) (Entered: 06/16/2025) |
| 06/17/2025 | 18 | **STRICKEN from the record per Doc. 37 Order** BRIEF IN SUPPORT, re: 16 MOTION for Sanctions filed by Maryann Butler. (Attachments: # 1 Exhibits, # 2 Declaration)(rw) Modified on 7/15/2025 (cp). (Entered: 06/17/2025) |
| 06/23/2025 | 19 | MOTION to Amend Complaint and Substitute Plaintiff, filed by Maryann Butler.(rw) (Entered: 06/23/2025) |
| 06/26/2025 | 20 | **STRICKEN from the record per Doc. 37 Order** DECLARATION Clarifying Scope of Amended Complaint filed by Maryann Butler. (rw) Modified on 7/15/2025 (cp). (Entered: 06/26/2025) |
| 06/26/2025 | 21 | **STRICKEN from the record per Doc. 37 Order** DECLARATION Regarding Functionality of Amy Dale's Email Address filed by Maryann Butler. (rw) Modified on 7/15/2025 (cp). (Entered: 06/26/2025) |
| 06/26/2025 | 22 | **STRICKEN from the record per Doc. 37 Order** Supplemental Statement in Support of Early Scheduling Conference and Continued Judicial Oversight filed by Maryann Butler. (rw) Modified on 7/15/2025 (cp). (Entered: 06/26/2025) |
| 06/26/2025 | 23 | **STRICKEN from the record per Doc. 37 Order** Judicial Notice of Regulatory Escalation and Strategic Absence of Material Witness filed by Maryann Butler. (Attachments: # 1 Exhibits)(rw) Modified on 7/15/2025 (cp). (Entered: 06/26/2025) |

| 06/26/2025 | 24 | MOTION for Extension of Time to file Reponse to Complaint by New American Funding. (Attachments: # 1 Proposed Order)(McNally, James) (Entered: 06/26/2025) |
|---|---|---|
| 06/27/2025 | 25 | **STRICKEN from the record per Doc. 37 Order** NOTICE of Standing Clarification and Pre–Sanctions Warning, filed by Maryann Butler.(rw) Modified on 7/15/2025 (cp). (Entered: 06/27/2025) |
| 06/27/2025 | 26 | **STRICKEN from the record per Doc. 37 Order** Judicial Notice of Strategic Delay, filed by Maryann Butler.(rw) Modified on 7/15/2025 (cp). (Entered: 06/27/2025) |
| 06/27/2025 | 27 | Emergency Motion to Delay Extension and Request Default Scheduling filed by Maryann Butler.(rw) (Entered: 06/27/2025) |
| 06/30/2025 | 28 | **STRICKEN from the record per Doc. 37 Order** Judicial NOTICE of Regulatory Escalation and Motion for Default filed by Maryann Butler. (rw) Modified on 7/15/2025 (cp). (Entered: 06/30/2025) |
| 06/30/2025 | 29 | **STRICKEN from the record per Doc. 37 Order** EXHIBIT Y filed by Maryann Butler. (rw) Modified on 7/15/2025 (cp). (Entered: 06/30/2025) |
| 07/01/2025 | 30 | ORDER GRANTING 24 Motion to Extend Deadline filed by Defendant New American Funding. Defendant's response to the Plaintiff's Complaint is HELD IN ABEYANCE pending the Court's resolution of the pending motions filed by Plaintiff. See Order for details. Signed by Honorable Phillip J. Caraballo on 07/01/2025 (ss) (Entered: 07/01/2025) |
| 07/01/2025 | 31 | BRIEF IN OPPOSITION re 16 MOTION for Sanctions filed by New American Funding.(McNally, James) (Entered: 07/01/2025) |
| 07/02/2025 | 32 | **STRICKEN from the record per Doc. 37 Order** DECLARATION of Audury Petie Davis filed by Maryann Butler. (rw) Modified on 7/15/2025 (cp). (Entered: 07/02/2025) |
| 07/02/2025 | 33 | **STRICKEN from the record per Doc. 37 Order** DECLARATION of Damages Breakdown in Support of Judicial Notice and Default Entry filed by Maryann Butler. (rw) Modified on 7/15/2025 (cp). (Entered: 07/02/2025) |
| 07/03/2025 | 34 | MOTION for Default Judgment as to by Maryann Butler.(ll) (Entered: 07/03/2025) |
| 07/03/2025 | 35 | **STRICKEN from the record per Doc. 37 Order** Addendum to Rule 55(B) Motion Request for Emergency Ruling Prior to July 4th Holiday by Maryann Butler. 34 MOTION for Default Judgment as to. (ll) Modified on 7/15/2025 (cp). (Entered: 07/03/2025) |
| 07/07/2025 | 36 | **STRICKEN from the record per Doc. 37 Order** Emergency Judicial Notice of Imminent Third–Party Harm and Request for Immediate Response Order, filed by Maryann Butler. (Attachments: # 1 Exhibit)(rw) Modified on 7/15/2025 (cp). (Entered: 07/07/2025) |
| 07/07/2025 | | Receipt of payment from MARYANN BUTLER in the amount of $405.00 for Civil Filing Fee– Non–Prisoner. Transaction posted on 6/6/2025. Receipt number 111103801 processed by MB. (jjs) (Entered: 07/07/2025) |
| 07/11/2025 | 37 | ORDER DENYING WITHOUT PREJUDICE 13 Motion to Expedite; DENYING WITHOUT PREJUDICE 16 Motion for Sanctions; DENYING WITHOUT PREJUDICE 19 Motion to Amend/Correct; DENYING WITHOUT PREJUDICE 27 Motion; DENYING WITHOUT PREJUDICE 34 Motion for Default Judgment. The Clerk's Office is DIRECTED to STRIKE all remaining filings made on behalf of Plaintiff Maryann Butler by Audury Petie Davis (Docs. 3, 5, 7–10, 12, 15, 18, 20–23, 25–26, 28–29, 32–33, 35–36).Audury Petie Davis SHALL NOT file any new documents on behalf of Plaintiff Maryann Butler, unless compliance with the requirements of Fed R. Civ. P. 17 is demonstrated.Defendant New American Funding is DIRECTED to respond to the Complaint (Doc. 1) within 30 days of this Order.See Order for complete details.Signed by Honorable Phillip J. Caraballo on 07/11/2025 (ss) (Entered: 07/11/2025) |
| 07/14/2025 | 38 | Verified Curative Complaint for Reinstatement of Stricken Filings filed by Maryann Butler. (rw) (Entered: 07/14/2025) |

| 07/14/2025 | 39 | Declaration of Maryann Butler in Support of Verified Curative Complaint and Record Reinstatement filed by Maryann Butler. (rw) (Entered: 07/14/2025) |
| 07/14/2025 | 40 | Emergency Judicial Notice of Imminent Third Party Harm and Request for Response Order filed by Maryann Butler. (rw) (Entered: 07/14/2025) |
| 07/14/2025 | 41 | Judicial Notice of Public Registration Discrepancy filed by Maryann Butler. (rw) (Entered: 07/14/2025) |
| 07/16/2025 | 42 | MOTION for Default Judgment filed by Maryann Butler.(rw) (Entered: 07/16/2025) |
| 07/18/2025 | 43 | Judicial Notice of Procedural Discrepancy and Standing Certification Pursuant to Federal Emergency Relief Doctrine and Request for Immediate Docket Rectification, filed by Maryann Butler.(rw) (Entered: 07/18/2025) |
| 07/21/2025 | 44 | MOTION for Default Judgment filed by Maryann Butler.(rw) (Entered: 07/21/2025) |
| 07/21/2025 | 45 | NOTICE of Active Appellate Escalation and Exhibit Filing, filed by Maryann Butler.(rw) (Entered: 07/21/2025) |
| 07/21/2025 | 46 | NOTICE OF APPEAL in Non–Prisoner Case as to 37 Order on Motion to Expedite,,,, Order on Motion for Sanctions,,,, Order on Motion to Amend/Correct,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Default Judgment,,, by Maryann Butler. Filing Fee and Docket Fee NOT PAID. Filing fee $ 605 The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (rw) (Entered: 07/21/2025) |

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**EXHIBIT COVER SHEET**

Case Title:

Maryann Butler and Audury Petie Davis v. New American Funding, Amy Dale, Sean Wainwright, and Enrico Arvielo

Third Circuit Docket No.:

District Court Case No.: 1:25-cv-690

Originating Court: United States District Court – Middle District of Pennsylvania

Exhibit Title:

**Certified Mailing Confirmation and Tracking Evidence for July 21, 2025 Filing**

Exhibit Number:

Exhibit B

Purpose of Submission:

This exhibit documents the certified mailing and tracking confirmation for the Notice of Appeal, IFP Application, and accompanying materials submitted to the Third Circuit on July 21, 2025. It is being included to verify timely and proper delivery of filings pursuant to FRAP 4 and to clarify any discrepancies in the appellate record regarding filing date and service.

Submitted by:

Audury Petie Davis, Pro Se

2041 Greenwood Street, Harrisburg, PA 17104

mfmallah87@icloud.com | 717-424-8220

Date Submitted: July 22, 2025

Utility Mailer
10 1/2" x 16"

FROM:
Davis
2041 Greenwood
H36     Pa 17104

CERTIFIED MAIL

9589 0710 5270 2472 4082 45

TO:
United States Court of Appeals Five 3RD Circuit
21400 U.S. Courthouse
601 Market St
Phila     Pa 19106

ReadyPost.

Retail

RDC 99

19106

U.S. POSTAGE PAID
FCM LG ENV
HARRISBURG, PA 17111
JUL 21, 2025
$12.42
S2324W501486-02

U.S. POSTAGE
$2.17
RDC 99
T709
SSK
07/23/2025
ZIP 20002
2000391869

U.S.M.S.
X-RAY.

RECEIVED
JUL 2 8 2025
U.S.C.A. 3rd. CIR

United States Court of Appeals
For The Third Circuit
Clerks Office
601 Market St
21400 U.S. Courthouse
Philadelphia, PA 19106

2044 Greenwood St
Hbg, PA 17104