

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

## COVER SHEET – CORRECTED NOTICE OF APPEAL & JURISDICTIONAL RESPONSE

Case No. 25-2365

**TITLE OF CASE:**

Maryann Butler and Audury Petie Davis,

Plaintiffs–Appellants,

v.

New American Funding,

Defendant–Appellee.

**DOCUMENTS SUBMITTED:**

- Corrected Notice of Appeal (with both Appellants' full names and signatures)
- Verified 21-Day Jurisdictional Response
- Certificate of Service
- USB Evidence Package (submitted July 24, 2025)
- IFP Status: Previously Granted

**DATE MAILED:**

July 29, 2025

SUBMISSION TYPE:

- Pro Se Paper Filing (no CM/ECF access)
- Mailed from Harrisburg, PA
- Jurisdictional Response includes Exhibits: B1–B6, D, D2, E, F, F2, and O
- USB Exhibit submitted separately for emergency review

SENDER CONTACT INFORMATION:

Maryann Butler and Audury Petie Davis

1823 State Street

Harrisburg, PA 17103

NOTES TO THE COURT:

This corrected submission includes a complete jurisdictional response and corrected Notice of Appeal following the Court's 21-day letter. Appellants respectfully request prompt docketing and emergency review in light of unresolved standing, verified third-party harm, and record-based procedural irregularities in the district court.

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Case No. 25-2365

## NOTICE OF APPEAL

(Corrected and Verified Filing)

Appellants Maryann Butler and Audury Petie Davis hereby submit this corrected and verified Notice of Appeal in Case No. 25-2365, originally docketed on July 24, 2025, following the filing of a prior Notice of Appeal on July 21, 2025, in the Middle District of Pennsylvania (Case No. 1:25-cv-00690).

This appeal arises from multiple judicial actions and inactions in the district court, including the July 11, 2025 Order striking the operative complaint without prejudice and failing to rule on timely curative filings and motions for default judgment. This Notice of Appeal supersedes the earlier version for record clarity and is filed in light of the Third Circuit's letter issued on July 25, 2025, regarding jurisdiction and signature compliance.

The Appellants respectfully maintain that emergency appellate relief is warranted due to ongoing imminent harm to third parties, judicial delays, and verified evidence already submitted to this Court, including a USB of supporting materials (see Exhibit F2).

Appellants were granted in forma pauperis (IFP) status by the Third Circuit and respectfully request that this filing be accepted on that basis.

**Respectfully submitted,**

/s/ Maryann Butler   *Maryann Butler*

Maryann Butler

1823 State Street

Harrisburg, PA 17103

Appellant, pro se


/s/ Audury Petie Davis

Audury Petie Davis

1823 State Street

Harrisburg, PA 17103

Co-Appellant, pro se

Date: July 29, 2025

---

## CERTIFICATE OF SERVICE

I certify that on July 29, 2025, I caused a true and correct copy of the foregoing Corrected Notice of Appeal to be served via U.S. Mail on the following recipients:

1. United States Court of Appeals for the Third Circuit

    Clerk's Office

    21400 United States Courthouse

    601 Market Street

    Philadelphia, PA 19106

2. Ronald L. Williams

    Fox Rothschild LLP

    2000 Market Street, 20th Floor

    Philadelphia, PA 19103

    (Counsel for Appellee, New American Funding)

Date: July 29, 2025

/s/ Maryann Butler

Maryann Butler

*Maryann Butler*

/s/ Audury Petie Davis

Audury Petie Davis