# JUDICIAL NOTICE OF CORRECTIVE APPELLATE FILING AND VERIFIED DECLARATION

United States Court of Appeals for the Third Circuit

Case No. 25-2365

Maryann Butler and Audury Petie Davis v. New American Funding



## JUDICIAL NOTICE

Appellants hereby give formal notice to the Clerk and the Court that a prior submission containing their Corrected Notice of Appeal and Signed Jurisdictional Statement was delivered to the Clerk's Office on July 31, 2025 at 2:33 p.m. EDT via USPS Priority Mail (Tracking No. [insert handwritten number below]). As of the date of this filing, this submission has not been docketed.

To preserve the record and prevent further delay, Appellants are resubmitting an identical copy of the same materials via USPS Priority Mail. This filing includes a sworn Verified Declaration and tracking documentation attached as Exhibit A.

## VERIFIED DECLARATION

(Pursuant to 28 U.S.C. § 1746)

We, Maryann Butler and Audury Petie Davis, declare as follows:

- On July 31, 2025, a corrective appellate filing containing our Corrected Notice of Appeal and Signed Jurisdictional Statement was delivered to the United States Court of Appeals for the Third Circuit at 2:33 p.m. EDT, as confirmed by USPS Tracking Number: **9505506679165210482382**

- This filing was sent in good faith to cure any procedural defects and ensure our appellate rights were preserved.

- As of August 5, 2025, that filing has not yet appeared on the appellate docket.

- In light of the ongoing delay, we are resubmitting an identical copy of the prior submission via USPS Priority Mail with tracking and verification attached as Exhibit A.

- We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of our knowledge, understanding, and belief.

Respectfully submitted,

Maryann Butler

Date: __08/05/25__

Signature: _Maryann Butler_

Audury Petie Davis

Date: __8/5/25__

Signature: _Audury P. D._

**Exhibit A: USPS Priority Mail tracking receipt and delivery confirmation**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August, 2025, I caused to be mailed via United States Postal Service Priority Mail Express with tracking and signature confirmation a true and correct copy of the:

### Judicial Notice of Corrected Appellate Filing and Verified Declaration

to the following recipient:

Clerk of Court

United States Court of Appeals for the Third Circuit

21400 United States Courthouse

601 Market Street

Philadelphia, PA 19106

Tracking Number: EI 448 566 688 US

(Mailing receipt and tracking confirmation available upon request.)

Respectfully submitted,


Audury Petie Davis

Appellant, Pro Se

2041 Greenwood Street

Harrisburg, PA 17104

(717) 424-8220

mfmfallah87@icloud.com

Maryann Butler

Appellant, Pro Se

1823 State Street

Harrisburg, PA 17103



# UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

## COVER SHEET – CORRECTED NOTICE OF APPEAL & JURISDICTIONAL RESPONSE

Case No. 25-2365

**TITLE OF CASE:**

Maryann Butler and Audury Petie Davis,

Plaintiffs–Appellants,

v.

New American Funding,

Defendant–Appellee.

**DOCUMENTS SUBMITTED:**

- Corrected Notice of Appeal (with both Appellants' full names and signatures)
- Verified 21-Day Jurisdictional Response
- Certificate of Service
- USB Evidence Package (submitted July 24, 2025)
- IFP Status: Previously Granted

**DATE MAILED:**

July 29, 2025

SUBMISSION TYPE:

- Pro Se Paper Filing (no CM/ECF access)
- Mailed from Harrisburg, PA
- Jurisdictional Response includes Exhibits: B1–B6, D, D2, E, F, F2, and O
- USB Exhibit submitted separately for emergency review

SENDER CONTACT INFORMATION:

Maryann Butler and Audury Petie Davis

1823 State Street

Harrisburg, PA 17103

NOTES TO THE COURT:

This corrected submission includes a complete jurisdictional response and corrected Notice of Appeal following the Court's 21-day letter. Appellants respectfully request prompt docketing and emergency review in light of unresolved standing, verified third-party harm, and record-based procedural irregularities in the district court.

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Case No. 25-2365

---

# NOTICE OF APPEAL

(Corrected and Verified Filing)

Appellants Maryann Butler and Audury Petie Davis hereby submit this corrected and verified Notice of Appeal in Case No. 25-2365, originally docketed on July 24, 2025, following the filing of a prior Notice of Appeal on July 21, 2025, in the Middle District of Pennsylvania (Case No. 1:25-cv-00690).

This appeal arises from multiple judicial actions and inactions in the district court, including the July 11, 2025 Order striking the operative complaint without prejudice and failing to rule on timely curative filings and motions for default judgment. This Notice of Appeal supersedes the earlier version for record clarity and is filed in light of the Third Circuit's letter issued on July 25, 2025, regarding jurisdiction and signature compliance.

The Appellants respectfully maintain that emergency appellate relief is warranted due to ongoing imminent harm to third parties, judicial delays, and verified evidence already submitted to this Court, including a USB of supporting materials (see Exhibit F2).

Appellants were granted in forma pauperis (IFP) status by the Third Circuit and respectfully request that this filing be accepted on that basis.

---

**Respectfully submitted,**

/s/ Maryann Butler   *Maryann Butler*

Maryann Butler

1823 State Street

Harrisburg, PA 17103

Appellant, pro se


/s/ Audury Petie Davis

Audury Petie Davis

1823 State Street

Harrisburg, PA 17103

Co-Appellant, pro se

Date: July 29, 2025

---

## CERTIFICATE OF SERVICE

I certify that on July 29, 2025, I caused a true and correct copy of the foregoing Corrected Notice of Appeal to be served via U.S. Mail on the following recipients:

1. United States Court of Appeals for the Third Circuit

    Clerk's Office

    21400 United States Courthouse

    601 Market Street

    Philadelphia, PA 19106

2. Ronald L. Williams

    Fox Rothschild LLP

    2000 Market Street, 20th Floor

    Philadelphia, PA 19103

    (Counsel for Appellee, New American Funding)

Date: July 29, 2025

/s/ Maryann Butler

Maryann Butler

*Maryann Butler* (signature)

/s/ Audury Petie Davis

Audury Petie Davis

IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Case No. 25-2365

MARYANN BUTLER and AUDURY PETIE DAVIS,

Plaintiffs–Appellants,

v.

NEW AMERICAN FUNDING,

Defendant–Appellee.

**APPELLANTS' VERIFIED 21-DAY RESPONSE TO JURISDICTIONAL INQUIRY**

Pursuant to the Third Circuit's July 22, 2025 Order, Appellants Maryann Butler and Audury Petie Davis respectfully submit this verified jurisdictional response in support of appellate review. This Court possesses jurisdiction under 28 U.S.C. § 1292(a) and the collateral order doctrine, given the imminent third-party harm, the Middle District's failure to adjudicate a properly cured complaint, and the record evidence of procedural breakdown.

**I. PROCEDURAL OVERVIEW**

This case was filed on April 21, 2025, and in forma pauperis (IFP) status was granted on May 8, 2025. Defendants were served on June 6, 2025. Plaintiffs submitted verified and signed filings, which were later struck by the Middle District on July 11, 2025, citing standing and declaration defects.

In direct response, Appellants filed a Verified Curative Complaint (ECF 38) and verified declarations (ECF 39), as well as two judicial notices (ECF 40 and ECF 41) curing all standing issues and documenting imminent third-party harm. On July 14 and July 16, Appellants moved for default judgment, and on July 21, filed a Notice of Appeal (ECF 46). A corrected notice is submitted concurrently with this jurisdictional response.

**II. STANDING IS FULLY CURED — DISTRICT COURT REFUSED TO RULE**

Appellants submitted ECF 19 to amend the complaint to clarify standing by formally naming Audury Petie Davis as a co-plaintiff. Defendant's counsel filed an objection to sanctions but did not object to the amendment itself. The Middle District never ruled on the amendment or clarified standing before striking the record entirely on July 11.

Appellants then submitted verified declarations and third-party harm evidence (ECF 40–41), curing all deficiencies. However, the court refused to adjudicate the newly verified complaint or the Rule 55 motions that followed. This prolonged silence operates as a constructive denial, leaving Appellants no meaningful opportunity for review absent appellate intervention.

## III. EMERGENCY BASIS FOR RELIEF — THIRD-PARTY HARM AND IRREVERSIBLE CONSEQUENCES

Appellants face active third-party enforcement from a roofing contractor based on the following:

**Exhibit B1:** Roofing Contract signed jointly by Appellants

**Exhibit B4:** First written demand letter from contractor

**Exhibit B6:** Final threat letter dated July 22, 2025

**Exhibit B5:** Financing denial by Members 1st Credit Union

**Exhibit B3:** Repeated good-faith email attempts to cure

**Exhibits D and D2:** Email bounce-backs during rate lock and preservation attempt

**Exhibit E:** False CFPB response stating the loan file was incomplete

**Exhibit F and F2:** Voicemail corroborating the full loan file (Exhibit O), sent off-portal to a personal Gmail account

These facts form a complete and irrefutable chain of events, documenting regulatory evasion, procedural obstruction, and third-party financial risk.

The third-party roofing contractor is actively threatening legal action against both Plaintiffs, whose names appear on the contract. Appellant Davis acted as the authorized representative for Ms. Butler in all communications related to the FHA loan, which was ultimately issued in Ms. Butler's name. All lender contact including the critical voicemail (F2) was directed at Davis regarding loan terms and disputes.

## IV. THIS COURT RETAINS APPELLATE JURISDICTION UNDER § 1292 AND COLLATERAL ORDER DOCTRINE

Jurisdiction is proper because:

1. The Middle District refused to adjudicate the amended, verified complaint and supporting evidence.

2. No order was entered denying or granting default, final judgment, or amendment effectively paralyzing the case.

3. The refusal to rule on standing and default following cure prejudices Appellants and blocks access to relief.

4. The procedural breakdown meets the standard for collateral order review, as irreparable third-party consequences are imminent.

Further, Appellants were already granted IFP status, and the USB submission mailed to this Court (July 24, 2025) includes audio and physical evidence in support of the above claims. The emergency circumstances, paired with the absence of a final order, place jurisdiction squarely within this Court's discretionary authority under Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949).

## V. PRAYER FOR RELIEF

Appellants respectfully request the following:

1. Retention of jurisdiction and recognition of the appeal under the collateral order doctrine;

2. In the alternative, remand with instruction for immediate ruling on ECF 19 (amendment for standing) and subsequent Rule 55 motions;

3. Entry of protective or emergency relief to prevent third-party enforcement pending resolution.

Appellants remain willing to promptly supplement the record with any clarifications the Court may deem necessary.

Respectfully submitted,

/s/ Audury Petie Davis

Audury Petie Davis

1823 State Street

Harrisburg, PA 17103


/s/ Maryann Butler  *[signature]*

Maryann Butler

1823 State Street

Harrisburg, PA 17103

Date: July 29, 2025

**VERIFICATION**

We, Audury Petie Davis and Maryann Butler, hereby declare under penalty of perjury that the foregoing response is true and correct to the best of our knowledge.

Executed on July 29, 2025.

/s/ Audury Petie Davis

Audury Petie Davis


/s/ Maryann Butler   *MaryAnn Butler*

Maryann Butler


**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served via PACER/ECF filing system on all registered counsel of record on July 28, 2025.

/s/ Audury Petie Davis

Audury Petie Davis

US POSTAGE IMI
$31.40
SSK
PME
08/05/25  Mailed from 17106

**PRIORITY MAIL EXPRESS®**

3.60 oz
RDC 07
C019

AUDURY P DAVIS
2041 GREENWOOD ST
HARRISBURG PA 17104-2344

SIGNATURE REQUIRED
SCHEDULED DELIVERY DAY: 08/07/25 06:00 PM

SHIP TO:
US COURT OF APPEALS THIRD DISTRICT
600 MARKET ST
PHILADELPHIA PA 19106-1611

USPS SIGNATURE® TRACKING NBR

9581 7066 7916 5217 4829 45

**PRIORITY MAIL EXPRESS**

**UNITED STATES POSTAL SERVICE®**

RATE ENVELOPE
ANY WEIGHT

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

**FROM:** (PLEASE PRINT)   PHONE ( 919 ) 424-8228
MARY ANN BUTLER / AUDREY PETE DAVIS
2041 GREENWOOD ST
HBG PA 17104

**TO:** (PLEASE PRINT)   PHONE ( )
U.S. COA - 3RD CIRCUIT
21400 US COURTHOUSE
600 MARKET ST
PHILADELPHIA, PA
19106

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

RECEIVED U.S.C.A. 3rd CIR

EI 448 566 688 US