**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**
Docket No. 25-2365

MARYANN BUTLER, Appellant,
v.
NEW AMERICAN FUNDING, LLC, Appellee.



## APPELLANT'S OPPOSITION TO APPELLEE'S MOTION FOR SUMMARY ACTION (DISMISSAL / SUMMARY AFFIRMANCE)

Appellant Maryann Butler opposes Appellee's motion for summary action under L.A.R. 27.4.

### 1. Party Status of Mr. Davis is Moot
On August 22, 2025, Appellant filed a Notice of Withdrawal in the district court (ECF 85) removing Mr. Audury Petie Davis from the case. The Appellee's motion attacks Mr. Davis's standing; this argument is now moot. Ms. Butler is the sole appellant.

### 2. Substantial Questions Exist
Appellee's motion fails because this appeal presents substantial legal questions:
- The district court's stay materially impacts Ms. Butler's access to protective relief (ECF 66, 67).
- Appellant filed a Rule 62.1 motion for indicative ruling and preservation (ECF 84), with attached evidence (ECF 86, DD1–DD7).
- The issues raised are not purely interlocutory they implicate ongoing harm and preservation under FRCP 62.1 and FRAP 12.1.

### 3. Rule 62.1 Relief Supports Jurisdiction or Limited Remand
If jurisdiction is uncertain, Appellant requests a limited remand under FRAP 12.1 so the district court may act on the pending Rule 62.1 motion.

### Conclusion
The motion for summary action should be DENIED. In the alternative, the Court should issue a limited remand under FRAP 12.1.

Respectfully submitted,
/s/ Maryann Butler
[1823 State ]
Email: ms.mare26@gmail.com

Dated: August 22, 2025

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Docket No. 25-2365

Maryann Butler v. New American Funding, LLC

---

## CERTIFICATE OF SERVICE

I, Maryann Butler, hereby certify that on August 22, 2025, I served the following documents:

- Opposition to Appellee's Motion for Summary Action (Dismissal/Summary Affirmance)
- Motion to Correct Caption and Reflect Party Withdrawal
- Proposed Order

upon the following party by U.S. Mail and by email:

Ronald L. Williams

Fox Rothschild LLP

2000 Market Street, 20th Floor

Philadelphia, PA 19103

Email: rwilliams@foxrothschild.com

These documents were mailed via First-Class Mail with proper postage affixed, and a courtesy copy was sent by email.

Respectfully submitted,

/s/ Maryann Butler

[1823 State Street ]

[Harrisburg ,PA 17103]

Email: ms.mare26@gmail.com

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Docket No. 25-2365

MARYANN BUTLER, Appellant

v.

NEW AMERICAN FUNDING, LLC, Appellee

## PROPOSED ORDER

AND NOW, upon consideration of Appellee's Motion for Summary Action seeking summary affirmance or dismissal pursuant to Local Appellate Rule 27.4, and the response in opposition filed by Appellant Maryann Butler, it is hereby ORDERED that:

1. Appellee's Motion for Summary Action is DENIED.

2. In the alternative, if the Court determines that jurisdiction is uncertain or interlocutory relief is warranted, the Court will issue a limited remand under Federal Rule of Appellate Procedure 12.1 for the district court to consider Appellant's pending Rule 62.1 motion (ECF 84) regarding preservation of evidence.

**SO ORDERED.**

Date: _____

By the Court: _____

Circuit Judge

