**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Docket No. 25-2365

MARYANN BUTLER, Appellant,

v.

NEW AMERICAN FUNDING, LLC, Appellee.

---

# MOTION TO CORRECT CAPTION AND REFLECT PARTY WITHDRAWAL

**Relief Requested:**

Appellant Maryann Butler respectfully moves to correct the caption in the above-captioned appeal to reflect that she is now the sole party pursuing this appeal. Audury Petie Davis has withdrawn and is no longer a party.

**Grounds:**

On August 22, 2025, a Notice of Voluntary Withdrawal of Party was filed in the district court below (see Docket Entry No. 85), confirming the withdrawal of Audury Petie Davis. This withdrawal renders any dispute concerning Mr. Davis's party status moot.

Appellee's August 15, 2025 motion for summary action (dismissal or affirmance) focused heavily on Mr. Davis's involvement. That argument is no longer material now that Mr. Davis has withdrawn, and it is important that the appellate caption reflect the correct party composition.

**Request:**

Appellant respectfully requests that the Court:

1. Amend the caption to read as follows:

    Maryann Butler v. New American Funding, LLC,

2. Note on the docket that Audury Petie Davis is no longer a party to this appeal.

Respectfully submitted,

Dated: August 22, 2025

/s/ Maryann Butler

1823 State Street

[Email: ms.mare26@gmail.com]

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Docket No. 25-2365

MARYANN BUTLER, Appellant

v.

NEW AMERICAN FUNDING, LLC, Appellee

## PROPOSED ORDER TO CORRECT CAPTION

AND NOW, upon consideration of Appellant's Motion to Correct the Caption and Reflect the Withdrawal of Audury Petie Davis:

**IT IS HEREBY ORDERED** that:

1. The caption in the above-captioned matter shall be amended to reflect Maryann Butler as the sole Appellant;

2. Audury Petie Davis is hereby removed from the caption and no longer a party to this appeal.

**SO ORDERED.**

Date: _____

By the Court: _____

Circuit Judge