

**United States Court of Appeals for the Third Circuit**

**No. 25-2365**

Maryann Butler, Appellant,

v.

New American Funding, LLC, et al., Appellees.

---

# MOTION TO EXPEDITE CONSIDERATION AND FOR DECISION ON THE PAPERS

(FRAP 27; FRAP 8(a)(2))

Alternatively: Order to Show Cause

Alternatively: Limited Remand under FRAP 12.1

---

### Preliminary Note

Mr. Audury Petie Davis has moved to withdraw as an appellant (ECF 15). This motion is submitted by Appellant Maryann Butler alone.

### RELIEF REQUESTED

Appellant respectfully moves the Court to expedite consideration and decide the pending FRAP 8 emergency motion on the papers. In the alternative, Appellant requests:

1. Issuance of an Order to Show Cause requiring Appellees to respond within 72 hours as to why the preservation order described below should not be entered; or

2. A limited remand under FRAP 12.1 solely to allow the district court to enter the same maintenance only preservation order, expressly consistent with ECF 66 and ECF 83.

## POSTURE

The emergency motion under FRAP 8 was docketed on September 8, 2025 (ECF 16), with a supporting judicial notice docketed on September 12, 2025 (ECF 17). The requested relief is narrow: preservation of a single email (Exhibit DD-8), identified by:

- Message-ID: <2618D94B-68B6-4C89-A3FF-ED00737194EA@icloud.com>

- SHA-256 hash described in Exhibit DD-9

Appellant requests:

- A non-admission compliance notice within 72 hours;

- A 30-day sunset unless extended for cause.

This relief requires no production, no search, and does not disturb the stays in place under ECF 66 and ECF 83.

---

## DD-8 HAS NEVER BEEN CHALLENGED

At no point in the district court or in this Court have Appellees disputed the existence, authenticity, or preservation necessity of Exhibit DD-8. The relief now sought is narrow, temporary, and precisely tailored to protect material that has never been challenged by the opposing side.

## GOOD CAUSE TO EXPEDITE

1. **Imminent Risk of Spoliation**

   Prior SMTP "550 access denied" messages, post-litigation portal lockout, and inclusion of sensitive off-portal PII within DD-8 all create risk of loss.

   DD-8 must be maintained before routine deletion or overwriting occurs.

2. **Zero Burden**

   This is a passive maintenance hold, imposes no discovery obligations, and expires automatically.

3. **Court Stays Fully Honored**

   The proposed order does not modify or lift stays entered at ECF 66 or ECF 83.

4. **Judicial Efficiency**

   The requested relief preserves the integrity of the appeal and minimizes downstream evidentiary risk.

   If needed, a limited FRAP 12.1 remand allows the district court to enter the same preservation order.

5. **Custodial Chain / Court Possession**

   In addition to DD-8, a physical USB drive containing related metadata and voicemail documentation was delivered to the Court and signed for on July 24, 2025. While no relief is presently sought concerning the USB, the court's custodial role strengthens the equities in favor of a preservation order.

---

## REQUESTED ORDER

Appellant respectfully asks the Court to:

A. Grant expedition and decide the FRAP 8 emergency motion on the papers; or

B. Issue an Order to Show Cause directing Appellees to show cause within 72 hours why the Court should not enter a maintenance-only preservation order for Exhibit DD-8 (with 72-hour Notice of Compliance and 30-day sunset), expressly consistent with ECF 66 and ECF 83; or

C. Remand on a limited basis under FRAP 12.1, solely to enter the identical preservation order, jurisdiction otherwise retained.

---

Respectfully submitted,

/s/ Maryann Butler, Pro Se

1823 State Street

Harrisburg, PA 17103

ms.mare26@gmail.com

Dated: September 17, 2025

---

## VERIFICATION (28 U.S.C. § 1746)

I, Maryann Butler, declare under penalty of perjury that the facts stated in this motion regarding posture, the nature of the relief requested (maintenance-only), the existence of district-court stays at ECF 66 and ECF 83, the risk factors identified (SMTP errors, portal lockout, short-cycle retention, and custodial delivery of a USB), and Appellees' non-challenge of DD-8 are true and correct to the best of my knowledge and belief.

Executed on September 17, 2025

Harrisburg, Pennsylvania

/s/ Maryann Butler

---

## CERTIFICATE OF SERVICE

I certify that on September 17, 2025, I filed the foregoing Motion via the Court's CM/ECF system, which serves all registered counsel of record. I further certify that I caused a true and correct copy to be mailed first-class to any non-CM/ECF participants as required by the rules.

/s/ Maryann Butler

**United States Court of Appeals for the Third Circuit**

**No. 25-2365**

Maryann Butler, Appellant,

v.

New American Funding, LLC, et al., Appellees.

**PROPOSED ORDER**

Upon consideration of Appellant Maryann Butler's Motion to Expedite Consideration and for Decision on the Papers (ECF No. 18), it is ORDERED:

1. The motion is GRANTED. The pending FRAP 8 emergency motion will be decided on the papers.

Alternatively, it is ORDERED:

Appellees shall SHOW CAUSE within 72 hours why the Court should not enter a maintenance-only preservation order for the email identified in Exhibit DD-8 (Message-ID <2618D94B-68B6-4C89-A3FF-ED00737194EA@icloud.com>, SHA-256 per DD-9), requiring a non-admission Notice of Compliance within 72 hours and expiring in 30 days unless extended for cause.

Nothing herein lifts or modifies the district-court stays (ECF 66 & 83) or compels production, search, inspection, or merits discovery.

This preservation request aligns with Appellant's previously delivered chain-of-custody materials already in the Court's possession, including the July 24, 2025 USB described in ECF 9.

Alternatively, pursuant to FRAP 12.1, this matter is remanded on a limited basis solely for the district court to enter the identical maintenance-only order consistent with ECF 66 & 83. Jurisdiction otherwise remains with this Court.

BY THE COURT:


Circuit Judge

United States Court of Appeals

For the Third Circuit

P

**$11.00**

Origin: 17106
09/17/25
4134840106-50

## PRIORITY MAIL®

0 Lb 2.30 Oz

**RDC 03**

EXPECTED DELIVERY DAY: 09/19/25

**C019**

SHIP
TO:

600 MARKET ST
PHILADELPHIA PA 19106-1611

### USPS TRACKING® #

9505 5124 5869 5260 9862 21

# PRIORITY®
# MAIL

 **UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Maryam Butler
1823 State St
HBG PA 17103

TO: U.S. 3RD CIR Court
OF APPEALS
600 MARKET St
Phila PA 19106-16

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

FLAT R
ONE RATE ■

To schedule fr
scan



USPS.COM/PICKUP

TRACKED ■ INSURED

RECEIVED
SEP 19 2025
U.S.C.A. 3rd. CIR



VISIT US AT USPS.COM