Maryann Butler

[1823 State]

[Harrisburg, PA 17103]



September 25, 2025

Clerk of Court

United States Court of Appeals for the Third Circuit

21400 United States Courthouse

601 Market Street

Philadelphia, PA 19106

Re: Butler v. New American Funding, et al., Case No. 25-2365

Filing of Emergency Motion (FRAP 2, 25, 27)

Dear Clerk of Court:

On September 19, 2025, I mailed to the Court an Emergency Motion to Expedite Panel Consideration and Flag Preservation Risks (intended for docketing as ECF-18). On September 24, 2025, I spoke by phone with a case manager who confirmed that the filing was received, yet as of today the docket does not reflect its entry.

Enclosed please find an Emergency Motion for Time-Certain Docket Cure and 72-Hour Litigation-Hold Confirmation. This motion expressly requests that the Court construe it as ECF-18 nunc pro tunc to September 19, 2025, if necessary, to avoid prejudice from any administrative delay.

For administrative clarity, Appellant respectfully suggests the following docket entry description:

I respectfully ask that this filing be promptly docketed upon receipt. A signed return receipt from the Postal Service will confirm delivery.

Thank you for your attention to ensuring the accuracy and timeliness of the appellate record.

1

Respectfully submitted,

/s/ Maryann Butler

Maryann Butler

Pro Se Appellant

**CERTIFICATE OF MAILING**

I, Maryann Butler, certify under penalty of perjury that on September 25, 2025, I deposited in the United States mail, Priority Express with signature required, an envelope addressed to:

Clerk of Court

United States Court of Appeals for the Third Circuit

21400 United States Courthouse

601 Market Street

Philadelphia, PA 19106

The envelope contained Appellant's Emergency Motion for Time-Certain Docket Cure and 72-Hour Litigation-Hold Confirmation (FRAP 2, 25, 27), along with a cover letter requesting prompt docketing.

I further certify that a true and correct copy of the same materials was served via PACER electronic filing system upon all registered counsel of record on this date.

Executed on September 25, 2025.

/s/ Maryann Butler

Maryann Butler

Pro Se Appellant

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Case No. 25-2365

Maryann Butler, Appellant

v.

New American Funding, et al., Appellees

---

**EMERGENCY MOTION FOR TIME-CERTAIN DOCKET CURE AND 72-HOUR LITIGATION-HOLD CONFIRMATION**

**(FRAP 2, 25, 27)**

---

TO THE HONORABLE PANEL:

Appellant Maryann Butler, pro se, moves for narrowly tailored emergency relief under FRAP 2, 25, and 27 and the Court's inherent authority.

---

## I. Why this is urgent

On September 19, 2025, Appellant delivered to the Clerk an Emergency Motion to Expedite Panel Consideration and Flag Preservation Risks (intended for docketing as ECF-18) via Priority Mail (receipt approx. 2:30 p.m.). A case manager confirmed receipt by phone on September 24, 2025. As of filing this motion, ECF-18 does not appear on the public docket.

Under FRAP 25(a)(2)(A)(i), timeliness turns on receipt by the Clerk for mailed filings. FRAP 2 authorizes the Court to suspend non-jurisdictional rules to prevent prejudice caused by administrative delay. FRAP 27 provides that targeted relief may be sought by motion. To avoid any appearance of administrative delay and to prevent prejudice to preservation issues, Appellant seeks a time-certain docket cure and a minimal preservation confirmation.

---

## II. Narrow factual basis

1

- DD-8: off-portal email transmissions of the FHA loan documents to loan officer Sean/Shawn Wainwright (not in chambers; not on any USB).

- Voicemail confirming DD-8: lodged via USB at ECF-6 (filed July 29, 2025); cited here only to anchor preservation/chain-of-custody, not for merits use.

- DD-1: later preservation notice returned "access denied."

Appellees have not rebutted DD-8, ECF-6, or DD-1 in the district court or here. Absent a docket-correction order and hold confirmation, Appellant faces irreversible prejudice if material evidence is lost before the panel rules.

## III. Requested relief (narrow, time-certain)

Appellant respectfully requests that the Court enter an order that:

1. Directs the Clerk to docket ECF-18 nunc pro tunc to September 19, 2025 (the Clerk-confirmed receipt date); or, alternatively, construes this Emergency Motion as ECF-18 and deems it filed as of September 19, 2025 under FRAP 2/25 to prevent prejudice from administrative lag.

2. Issues a short Order to Show Cause directing Appellees, within 72 hours, to file a single declaration (≤2 pages) from counsel or a knowledgeable custodian confirming issuance of a litigation hold that covers:

    - (i) the DD-8 email threads and native files (including headers/metadata); and

    - (ii) the voicemail referenced at ECF-6.

    No search or production is requested at this time; this is preservation-only.

3. Resolves this motion on the papers within seven (7) days to prevent further prejudice.

4. Grants any further relief necessary to preserve the status quo pending appeal.

## IV. Reservation of Supervisory Relief

2

If the Clerk continues to withhold docketing of Appellant's filings or if the Panel takes no action on this narrowly tailored emergency request, Appellant respectfully reserves the right to seek supervisory relief by way of petition for writ of mandamus. This request is made solely to preserve appellate rights and ensure that unrebutted preservation evidence is not lost through administrative delay.

## Verification

I, Maryann Butler, certify under penalty of perjury that the facts stated above are true and correct to the best of my knowledge and belief. I adopt my lodged and filed materials, including ECF-6, solely as record anchors for preservation.

Respectfully submitted,

/s/ Maryann Butler

Maryann Butler, Pro Se Appellant

Harrisburg PA 17103

Dated: September 25, 2025

## Certificate of Service

I certify that on September 25, 2025, I filed/served this motion via the Court's electronic filing system (and by mail for any non-registered parties).

/s/ Maryann Butler

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

Case No. 25-2365

Maryann Butler, Appellant

v.

New American Funding, et al., Appellees

---

**[PROPOSED] ORDER**

**(Time-Certain Docket Cure and 72-Hour Litigation-Hold Confirmation)**

---

Upon consideration of Appellant's Emergency Motion for Time-Certain Docket Cure and 72-Hour Litigation-Hold Confirmation and for good cause shown, it is hereby ORDERED:

1. The Clerk is DIRECTED to docket Appellant's Emergency Motion referenced as ECF-18 nunc pro tunc to September 19, 2025 (the Clerk-confirmed receipt date). Alternatively, the Court CONSTRUES the present Emergency Motion as renewing and incorporating the relief sought in ECF-18 and DEEMS it filed as of September 19, 2025, pursuant to FRAP 2 and 25.

2. Within 72 hours of this Order, Appellees shall file a declaration not exceeding two (2) pages from counsel or a knowledgeable custodian confirming issuance of a litigation hold covering:

    (i) the email transmissions identified as DD-8 (including native files with headers/metadata); and

    (ii) the voicemail lodged at ECF-6 (filed July 29, 2025).

    No search or production is required by this Order; this relief is preservation-only.

3. The Clerk shall treat this matter as emergency for administrative handling, and the Court shall resolve this motion on the papers within seven (7) days of filing.

4. Failure to act on this narrowly tailored emergency relief may invite supervisory review to preserve appellate rights and prevent prejudice.

**IT IS SO ORDERED.**

Dated: _____

By the Court: _____

United States Circuit Judge

---

**CERTIFICATE OF SERVICE**

I, Maryann Butler, certify that the foregoing Proposed Order was served together with Appellant's Emergency Motion for Time-Certain Docket Cure and 72-Hour Litigation-Hold Confirmation via the Court's electronic filing system on September 25, 2025, and by mail for any non-registered parties.

/s/ Maryann Butler

Maryann Butler

Pro Se Appellant



PRESS FIRMLY TO SEAL PRESS FIRMLY TO SEAL

Retail

U.S. POSTAGE PAID
PME
HARRISBURG, PA 17106
SEP 25, 2025

19106

$31.40

RDC 07     S2324Y500849-33

# PRIORITY MAIL EXPRESS®

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE (   )
MARYANN Butler
1823 State St
HBG PA 17103

RECEIVED OCT - 1 2025 U.S.C.A. 3rd. Cir.

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.  |  Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 17107   Scheduled Delivery Date: 9/26/25   Postage: $31.40
Date Accepted (MM/DD/YY): 9/25   Scheduled Delivery Time: ☐ 6:00 PM   Insurance Fee   COD Fee
Time Accepted ☐ AM ☐ PM   Return Receipt Fee   Live Animal Transportation Fee
Special Handling/Fragile   Sunday/Holiday Premium Fee   Total Postage & Fees: $31.40
Weight  ☒ Flat Rate   Acceptance Employee Initials

## FLAT RATE

Route 09/26/2025 02:09:32 PM
**Philadelphia**
Delivery Point
**IRS Philadelphia**
03-A17-25-PHI-RM 6448

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)  PHONE (   )
U.S. 3RD CIR Court of APPEALS
(600 MARKET St)
Phila PA 19106 1611

ZIP + 4® (U.S. ADDRESSES ONLY)

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

USPS.COM/PICKUP

EI 448 569 548 US

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

**PEEL FROM THIS CORNER**

PS10001000006
EP13F October 2023
OD: 12 1/2 x 9 1/2

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

**UNITED STATES POSTAL SERVICE®**

This package is made from post-consumer waste. Please recycle - again. This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.