**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE THIRD CIRCUIT**

Maryann Butler and Audury Petie Davis, Appellants

v.

New American Funding, LLC, et al., Appellees

**Case No.** 25-2365



# ADMINISTRATIVE COVER NOTICE – CIRCUIT EXECUTIVE COPY

Submitted for administrative review under FRAP 25(a)(2)(B)

Dear Circuit Executive,

Please review the enclosed "Notice Regarding Custody and Preservation of Evidence (USB & Exhibit DD-8)" and its Attachments A–F for administrative awareness.

This notice outlines evidence chain-of-custody records across district and appellate dockets (M.D. Pa. ECF 10, 53, 90; 3d Cir. Docs 6, 9, 16–19) and requests docket consistency and custody verification.

Respectfully submitted,

/s/ Audury Petie Davis

Co-Appellant pro se

2041 Greenwood Street

Harrisburg, PA 17104

mfmallah87@icloud.com

/s/ Maryann Butler

Co-Appellant pro se
1823 State Street
Harrisburg, PA 17103
Dated: October 6, 2025

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE THIRD CIRCUIT**

Maryann Butler and Audury Petie Davis, Appellants

v.

New American Funding, LLC, et al., Appellees

**Case No.** 25-2365

# NOTICE REGARDING CUSTODY AND PRESERVATION OF EVIDENCE (USB & EXHIBIT DD-8)

Filed for administrative verification only; no judicial action requested

Submitted under FRAP 25(a)(2)(B)

## 1. Purpose

Appellants file this notice solely to confirm and document the chain of custody of physical and digital evidence already in the Court's possession. This filing is administrative in nature and seeks no relief on the merits.

## 2. Context of Filing

Appellants have previously submitted evidence and preservation filings that remain pending on the docket. This notice is intended only to assist in the administrative documentation of those materials and to ensure accurate custodial notation within the appellate record.

## 3. Chronology of Record

1. May 27 2025 – M.D. Pa. ECF 10. Entry notes "two thumb drives received, one sent to Chambers and one held in the Clerk's Office media cabinet," establishing initial physical-evidence custody. (Attachment A)

2. July 28 2025 – M.D. Pa. ECF 53. Judicial Notice of Material Evidence Submission to the Third Circuit (USB voicemail Exhibit F2) documenting transmittal of the device to this Court. (Attachment B)

3. July 29 2025 – 3d Cir. Doc 6. Judicial Notice and Emergency Declaration Regarding Insurance-Based Risk and Procedural Delay, received the same week the USB was transmitted, showing continuity of preservation issues before this Court. (Attachment C)

4. July 31 2025 – 3d Cir. Doc 9. Corrected Notice of Appeal jointly filed by Appellants immediately following the USB transmittal. (Attachment D)

5. Aug 26 2025 – M.D. Pa. ECF 90. Filing of Exhibit DD-8, the message-ID / metadata proof of the Jan 31 2025 off-portal transmissions (superseding Exhibit O's email-proof version). (Attachment E)

6. Sept 5 – Oct 1 2025 – 3d Cir. Docs 16-19. Emergency FRAP 8(a)(2) preservation motion and follow-up filings remain pending.

Appellants further note that Docs 18 and 19 were docketed roughly one week after confirmed delivery. This information is included only to assist the Court in reviewing docket-management handling of emergency materials tied to preservation.

This sequence demonstrates that physical (USB / F2) and digital (DD-8) evidence moved from the district court into appellate custody, while the appellate docket lacks a comparable custodial-placement annotation.

## 4. Administrative Context

The district docket documents full evidence-handling detail at intake. For audit continuity and to avoid any appearance of record inconsistency, the appellate docket should reflect equivalent confirmation of custody for evidence already received. This notice does not challenge any judicial action; it seeks only uniform docket annotation to ensure transparency in the chain of custody.

## 5. Administrative Note for Court Administrator / Circuit Executive

The district and appellate dockets together confirm receipt of the USB (Exhibit F2) and DD-8. The Middle District's ECF 10 records precise storage (Chambers and Clerk's media cabinet). This Court's Docs 6 and 9 acknowledge related filings without comparable custody notation, and two emergency filings (Docs 18-19) were posted about a week after confirmed delivery. These facts are provided solely to assist supervisory review that all materials are preserved, properly annotated, and visible on the public docket in line with FRAP 25(a)(2)(B) and internal record-management policy.

## 6. Administrative Request

Appellants respectfully request that the Clerk, in coordination with the Court Administrator / Circuit Executive:

1. Verify the location and custodial status of the USB submitted in July 2025;

2. Associate that device with the related district-record exhibits it corroborates (ECF 90 / DD-8 and USB Exhibit F2, noting that DD-8 is the metadata verification for the same off-portal transmissions formerly labeled "Exhibit O"); and

3. Append this Notice to the appellate docket for audit continuity.

No further action is requested unless administrative review deems clarification necessary.

## 7. Attachments

A – M.D. Pa. ECF 10 (thumb-drive custody entry)

B – M.D. Pa. ECF 53 (USB transmittal notice)

C – 3d Cir. Doc 6 (first appellate preservation filing)

D – 3d Cir. Doc 9 (corrected Notice of Appeal – joint signatures)

E – M.D. Pa. ECF 90 (Exhibit DD-8 – metadata evidence)

F – Stamped cover / first page from Doc 6 (07/29/2025) confirming official receipt (used as delivery proof)

Dated: October 6 2025

Respectfully submitted,

/s/ Audury Petie Davis

Co-Appellant pro se

2041 Greenwood Street

Harrisburg, PA 17104

mfmallah87@icloud.com

/s/ Maryann Butler

Co-Appellant pro se

1823 State Street

Harrisburg, PA 17103

---

## Certificate of Service

Case No. 25-2365 — Butler & Davis v. New American Funding, LLC, et al.

I certify that on October 6 2025, I mailed the Notice Regarding Custody and Preservation of Evidence (USB & Exhibit DD-8) and its Attachments A–F by USPS Priority Mail (Tracked & Insured) to:

Clerk of Court

U.S. Court of Appeals for the Third Circuit

James A. Byrne U.S. Courthouse

601 Market Street  Philadelphia, PA 19106

Tracking No.: 9505 5122 8441 5280 435038 435076

Circuit Executive

U.S. Court of Appeals for the Third Circuit

601 Market Street  Philadelphia, PA 19106

**Tracking No.:** 9505 5122 8441 5280 4350 38

Chief Judge's Chambers

U.S. Court of Appeals for the Third Circuit

601 Market Street  Philadelphia, PA 19106

**Tracking No.:** 9505 5122 8441 5280 4350 52

/s/ Audury Petie Davis

Co-Appellant pro se • 2041 Greenwood Street • Harrisburg PA 17104 • mfmallah87@icloud.com

/s/ Maryann Butler

Co-Appellant pro se • 1823 State Street • Harrisburg PA 17103

Attachment A – Referenced in "Notice Regarding Custody and Preservation of Evidence (USB & Exhibit DD8)"

**Case: Butler v. New American Funding, 1:25-cv-00690-KMN-MCC (M.D. Pa.)**

## Excerpt from Middle District of Pennsylvania Docket – ECF 10

Filed: May 27 2025

Entry Title: Declaration of Audury Petie Davis

Relevant Text: "Two thumb drives received, one sent to Chambers and one held in the Clerk's Office media cabinet."

**Purpose of Attachment:**

To document the district court's official acknowledgment and handling of physical evidence (USB devices), establishing the initial custodial chain of the materials later referenced in appellate filings.

Source: Official PACER docket entry as of October 6, 2025

| | | |
|---|---|---|
| | | complaint, however, shall be held in abeyance pending the screening of the complaint under 28 U.S.C. 1915(e)(2)(B).Signed by Honorable Phillip J. Caraballo on 05/08/2025 (ss) (Entered: 05/08/2025) |
| 05/19/2025 | 7 | **STRICKEN from the record per Doc. 37 Order** Supplemental NOTICE of Urgency by Maryann Butler. (Attachments: # 1 Declaration in Support, # 2 Exhibit A - Letter from Audrey "Petie" Davis to Ms. Dale and New American Funding)(cp) Modified on 7/15/2025 (cp). (Entered: 05/19/2025) |
| 05/20/2025 | 8 | **STRICKEN from the record per Doc. 37 Order** Supplement to Declaration of Spolation and Urgency filed by Maryann Butler, RE: 7 Notice. (rw) Modified on 7/15/2025 (cp). (Entered: 05/20/2025) |
| 05/20/2025 | 9 | **STRICKEN from the record per Doc. 37 Order** Addendum to Declaration 8 of Spoliation and Urgency by Maryann Butler. (# 1 Exhibit O) (rw) Modified on 7/15/2025 (cp). (Entered: 05/20/2025) |
| 05/27/2025 | 10 | **STRICKEN from the record per Doc. 37 Order** DECLARATION of Audury Petie Davis filed by Maryann Butler. (2 thumb drives received, one sent to Chambers & one held in the Clerk's Office media cabinet.) (rw) Modified on 7/15/2025 (cp). (Entered: 05/27/2025) |
| 06/06/2025 | 11 | Summons Issued as to All Defendants and provided TO PLAINTIFF VIA U.S. MAIL for service on Defendant(s)in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. (NOTICE TO ATTORNEYS RECEIVING THE SUMMONS ELECTRONICALLY: You must print the summons and the attachment when you receive it in your e-mail and serve the complaint on all defendants in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure). (Attachments: # 1 Summons Packet) (ll) (Entered: 06/06/2025) |
| 06/06/2025 | 12 | **STRICKEN from the record per Doc. 37 Order** ADDENDUM to Verified Complaint and Exhibit Index filed by Maryann Butler. 1 Complaint,,. (ibr) Modified on 7/15/2025 (cp). (Entered: 06/06/2025) |
| 06/06/2025 | 13 | MOTION to Expedite Discovery filed by Maryann Butler. (Attachments: # 1 Exhibit Index - Verified Motion to Expedite Discovery, # 2 Exhibit P - Risk Summary in Support of Verified Motion to Expedite Discovery) (ibr) (Entered: 06/06/2025) |
| 06/06/2025 | 14 | SUMMONS Returned Executed by Maryann Butler New American Funding served on 6/6/2025, answer due 6/27/2025. (ibr) (Entered: 06/06/2025) |
| 06/12/2025 | 15 | **STRICKEN from the record per Doc. 37 Order** Emergency Supplemental Declaration of Petie Davis in Support of Immediate Relief and Court Supervision filed by Maryann Butler. (rw) Modified on 7/15/2025 (cp). (Entered: 06/12/2025) |
| 06/12/2025 | 16 | MOTION for Sanctions for Discovery Misconduct Spoliation and Bad Faith Conduct filed by Maryann Butler. (Attachments: # 1 Exhibits)(rw) (Entered: 06/12/2025) |
| 06/16/2025 | 17 | NOTICE of Appearance by James McNally on behalf of New American Funding (McNally, James) (Entered: 06/16/2025) |
| 06/17/2025 | 18 | **STRICKEN from the record per Doc. 37 Order** BRIEF IN SUPPORT, re: 16 MOTION for Sanctions filed by Maryann Butler. (Attachments: # 1 Exhibits, # 2 |

**Attachment B – Referenced in "Notice Regarding Custody and Preservation of Evidence (USB & Exhibit DD8)"**

Case: Butler v. New American Funding, 1:25-cv-00690-KMN-MCC (M.D. Pa.)

---

## Excerpt from Middle District of Pennsylvania Docket – ECF 53

Filed: July 28 2025

Entry Title: Judicial Notice of Material Evidence Submission to the Third Circuit (USB Voicemail)

Purpose of Attachment:

To show that the same physical USB evidence referenced in ECF 10 was formally transmitted from the district court to the Court of Appeals, confirming upward movement in the chain of custody and continuous preservation of the audio recording identified as Exhibit F2.

---

Source: Official PACER docket entry as of October 6, 2025

| 07/21/2025 | 45 | NOTICE of Active Appellate Escalation and Exhibit Filing, filed by Maryann Butler. (rw) (Entered: 07/21/2025) |
|---|---|---|
| 07/21/2025 | 46 | NOTICE OF APPEAL in Non-Prisoner Case as to 37 Order on Motion to Expedite,,,, Order on Motion for Sanctions,,,, Order on Motion to Amend/Correct,,,, Order on Motion for Miscellaneous Relief,,,, Order on Motion for Default Judgment,,, by Maryann Butler. Filing Fee and Docket Fee NOT PAID. Filing fee $ 605 The Clerk's Office hereby certifies the record and the docket sheet available through ECF to be the certified list in lieu of the record and/or the certified copy of the docket entries. (rw) (Entered: 07/21/2025) |
| 07/22/2025 | 47 | AMENDED COMPLAINT against All Defendants, filed by Maryann Butler.(rw) (Entered: 07/22/2025) |
| 07/22/2025 | 48 | Judicial Notice of Curative Amendment and Record Clarification, filed by Maryann Butler.(rw) (Entered: 07/22/2025) |
| 07/24/2025 | 49 | Judicial Notice of Counsel Irregularities and Procedural Misconduct to Preserve Appellate Record filed by Maryann Butler (Attachments: # 1 Exhibits)(rw) (Entered: 07/24/2025) |
| 07/24/2025 | 50 | Judicial Notice of Exhibit Clarification and Supplemental Filing filed by Maryann Butler. (Attachments: # 1 Exhibits)(rw) (Entered: 07/24/2025) |
| 07/25/2025 | 52 | NOTICE of Appearance by Ronald L. Williams on behalf of New American Funding (Williams, Ronald) (Entered: 07/25/2025) |
| 07/28/2025 | 53 | Judicial NOTICE of Material Evidence Submission to the Third Circuit Court of Appeals, including USB Voicemail Recording, Verified Exhibits, and Pending Emergency IFP Status; with Proof of Certified Mailing (Exhibit Z) filed by Maryann Butler. (Attachments: # 1 Exhibit Z) (ibr) (Entered: 07/28/2025) |
| 07/28/2025 | 54 | Judicial NOTICE of Counsel Misconduct, Insurance Exposure, and Regulatory Escalation (Including PHRC Correspondence) filed by Maryann Butler. (ibr) (Entered: 07/28/2025) |
| 07/28/2025 | 55 | Judicial NOTICE of Public Disclosures, PHRC Coordination, and Transparency Preservation filed by Maryann Butler. (ibr) (Entered: 07/28/2025) |
| 07/28/2025 | 56 | WITHDRAWAL OF ATTORNEY APPEARANCE - Attorney James McNally terminated on behalf of. (McNally, James) (Entered: 07/28/2025) |
| 07/29/2025 | 57 | NOTICE of Corrected Appellate Filings and Certified Mail Tracking Proof by Maryann Butler (ma) (Entered: 07/29/2025) |
| 08/01/2025 | 58 | Judicial NOTICE of Active Disciplinary Complaint Against Prior Counsel James McNally and Notice of Derivative Liability Preservation as to Fox Rothschild LLP by Maryann Butler (ll) (Entered: 08/01/2025) |
| 08/04/2025 | 59 | Judicial NOTICE of Plaintiff's Non-Consent and Formal Objection to Any Proposed Motion to Strike or Dismiss Curative Filings filed by Maryann Butler. (Attachments: # 1 Exhibit X2A, # 2 Exhibit X2B)(ibr) (Entered: 08/04/2025) |

**Attachment C — Reference in "Notice Regarding Custody and Preservation of Evidence (USB and Exhibit)"**

Case: Maryann Butler v. New American Funding, LLC, et al.

Case No.: 25-2365 (3d Cir.)

Excerpt from Third Circuit Docket – Doc. 6

Filed: July 29, 2025

Entry Title: Emergency Declaration Regarding Procedural Delay and Evidence Preservation

Purpose of Attachment

To demonstrate that the Emergency Declaration addressing procedural delay and evidence preservation was received by the appellate court during the same week the USB was personally transmitted by Appellant Maryann Butler to the Third Circuit Clerk's Office. This confirms continuity of the preservation issue and establishes that the docket reflects awareness of the underlying evidence chain.

Source: Official PACER docket entry as of October 6, 2025

| Date | Doc | Description |
|---|---|---|
| 07/24/2025 | 1<br>10 pg, 322.7 KB | CIVIL CASE DOCKETED. Notice filed by Appellant Maryann Butler in District Court No. 1:25-cv-00690. (JK) [Entered: 07/24/2025 02:42 PM] |
| 07/24/2025 | 2 | RECORD available on District Court CM/ECF. (JK) [Entered: 07/24/2025 02:53 PM] |
| 07/24/2025 | 3<br>1 pg, 19.48 KB | **NOTICE** Pursuant to 3d Cir. L.A.R. 26.1, a document is timely filed if received by **5:00 p.m. ET** on the last day for filing unless the Court sets a different time, the document has been submitted by an inmate pursuant to Fed. R. App. P. 25(a)(2)(A)(iii), or otherwise specified in L.A.R. 26.1 (JK) [Entered: 07/24/2025 02:54 PM] |
| 07/25/2025 | 4<br>2 pg, 86.23 KB | LEGAL DIVISION LETTER SENT advising that the case has been listed for possible dismissal due to jurisdictional defect., AND advising that the case will be submitted to a panel of this Court for possible summary action. (SH) [Entered: 07/25/2025 04:53 PM] |
| 07/28/2025 | 5<br>1 pg, 9.35 KB | OSEI ORDER SENT informing Appellant Maryann Butler that a party cannot represent another party in this Court. Notice of Appeal must be signed by all Appellants and returned to Clerk's Office. (JK) [Entered: 07/28/2025 11:34 AM] |
| 07/28/2025 | 7<br>12 pg, 2.96 MB | DOCUMENT filed by Party Audury Petie Davis. Notice of Supplemental Materials.. (JK) [Entered: 07/29/2025 04:49 PM] |
| 07/29/2025 | 6<br>61 pg, 11.03 MB | DOCUMENT filed by Party Audury Petie Davis titled Judicial Notice and Emergency Declaration Regarding Insurance-Based Risk, Procedural Delay, and Third-Party Harm. (JK) [Entered: 07/29/2025 03:04 PM] |
| 07/31/2025 | 9<br>5 pg, 214.06 KB | CORRECTED Notice of Appeal filed by Appellants Maryann Butler and Audury Petie Davis. (JK) [Entered: 08/05/2025 05:41 PM] |
| 07/31/2025 | 10<br>10 pg, 1.03 MB | RESPONSE on behalf of Appellants Maryann Butler and Audury Petie Davis to Legal Division letter advising of possible dismissal [4]. Certificate of Service dated 07/28/2025. Service made by US mail.-- [Edited 08/05/2025 by JK] (JK) [Entered: 08/05/2025 05:45 PM] |
| 08/04/2025 | 8<br>2 pg, 97.14 KB | ECF FILER: ENTRY OF APPEARANCE from Ronald L Wiliams on behalf of Appellee(s) New American Funding, LLC. [25-2365] (RLW) [Entered: 08/04/2025 02:17 PM] |
| 08/06/2025 | 11<br>3 pg, 46.44 KB | ECF FILER: Motion filed by Appellee New American Funding filed by Attorney James McNally, Esq. for Appellee New American Funding to withdraw as counsel. Certificate of Service dated 08/06/2025. Service made by US mail. [25-2365] (JM) [Entered: 08/06/2025 09:43 AM] |
| 08/06/2025 | 12<br>15 pg, 1.03 MB | DOCUMENT filed by Appellants Maryann Butler and Audury Petie Davis titled Judicial Notice.. (JK) [Entered: 08/12/2025 10:37 AM] |
| 08/15/2025 | 13<br>183 pg, 12.66 MB | ECF FILER: Response filed by Appellee New American Funding to Legal Division letter, Legal Division letter. Certificate of Service dated 08/15/2025. [25-2365] (RLW) [Entered: 08/15/2025 03:08 PM] |
| 08/25/2025 | 14<br>4 pg, 147.49 KB | RESPONSE on behalf of Appellant Maryann Butler to Legal Division letter advising of possible dismissal [4], Legal Division letter advising of possible summary action [4]. (JK) [Entered: 08/26/2025 03:13 PM] |
| 08/25/2025 | 15<br>3 pg, 58.59 KB | MOTION filed by Appellant Maryann Butler to Correct Caption and Reflect Party Withdrawal. (JK) [Entered: 08/26/2025 03:15 PM] |
| 09/05/2025 | 16<br>11 pg, 1.79 MB | EMERGENCY MOTION by Appellant Maryann Butler for Preservation Order Pending Appeal under FRAP 8(a)(2) with Supplemental Notice in Support. --[Edited 09/25/2025 by JK] (JK) [Entered: 09/08/2025 03:36 PM] |
| 09/12/2025 | 17<br>4 pg, 1.08 MB | DOCUMENT filed by Appellant Maryann Butler titled Judicial Notice in Support of FRAP 8 Motion to preserve exhibit DD8. (KR) [Entered: 09/15/2025 11:45 AM] |
| 09/19/2025 | 18<br>6 pg, 22.7 MB | MOTION filed by Appellant Maryann Butler to Expedite Consideration and for Decision on the Papers of Emergency Motion for Preservation Order, or, in the alternative, for issuance of Order to Show Cause or for limited remand to allow District Court to enter preservation order. Certificate of Service dated 09/17/2025. Service made by US mail. (JK) [Entered: 09/25/2025 12:56 PM] |
| 10/01/2025 | 19<br>8 pg, 94.2 KB | MOTION filed by Appellant Maryann Butler for Time-Certain Docket Cure and 72-Hour Litigation-Hold Confirmation. Certificate of Service dated 09/25/2025. Service made by ECF. (JK) [Entered: 10/03/2025 10:48 AM] |

**Attachment D – Referenced in "Notice Regarding Custody and Preservation of Evidence (USB & Exhibit DD8)"**

Case: Maryann Butler and Audury Petie Davis v. New American Funding, LLC, et al., No. 25-2365 (3d Cir.)

## Excerpt from Third Circuit Docket – Doc 9

Filed: July 31 2025

Entry Title: Corrected Notice of Appeal filed by Appellants Maryann Butler and Audury Petie Davis (with joint signatures)

Purpose of Attachment:

To confirm that the joint appeal was perfected immediately after transmission of the USB evidence referenced in ECF 53, completing the procedural bridge between the district and appellate records and documenting the court's receipt of the related materials.

Source: Official PACER docket entry as of October 6, 2025

| Date | # | Description |
|---|---|---|
| 07/24/2025 | 1<br>10 pg, 322.7 KB | CIVIL CASE DOCKETED. Notice filed by Appellant Maryann Butler in District Court No. 1:25-cv-00690. (JK) [Entered: 07/24/2025 02:42 PM] |
| 07/24/2025 | 2 | RECORD available on District Court CM/ECF. (JK) [Entered: 07/24/2025 02:53 PM] |
| 07/24/2025 | 3<br>1 pg, 19.48 KB | **NOTICE** Pursuant to 3d Cir. L.A.R. 26.1, a document is timely filed if received by **5:00 p.m. ET** on the last day for filing unless the Court sets a different time, the document has been submitted by an inmate pursuant to Fed. R. App. P. 25(a)(2)(A)(iii), or otherwise specified in L.A.R. 26.1 (JK) [Entered: 07/24/2025 02:54 PM] |
| 07/25/2025 | 4<br>2 pg, 86.23 KB | LEGAL DIVISION LETTER SENT advising that the case has been listed for possible dismissal due to jurisdictional defect., AND advising that the case will be submitted to a panel of this Court for possible summary action. (SH) [Entered: 07/25/2025 04:53 PM] |
| 07/28/2025 | 5<br>1 pg, 9.35 KB | OSEI ORDER SENT informing Appellant Maryann Butler that a party cannot represent another party in this Court. Notice of Appeal must be signed by all Appellants and returned to Clerk's Office. (JK) [Entered: 07/28/2025 11:34 AM] |
| 07/28/2025 | 7<br>12 pg, 2.96 MB | DOCUMENT filed by Party Audury Petie Davis. Notice of Supplemental Materials.. (JK) [Entered: 07/29/2025 04:49 PM] |
| 07/29/2025 | 6<br>61 pg, 11.03 MB | DOCUMENT filed by Party Audury Petie Davis titled Judicial Notice and Emergency Declaration Regarding Insurance-Based Risk, Procedural Delay, and Third-Party Harm. (JK) [Entered: 07/29/2025 03:04 PM] |
| 07/31/2025 | 9<br>5 pg, 214.06 KB | CORRECTED Notice of Appeal filed by Appellants Maryann Butler and Audury Petie Davis. (JK) [Entered: 08/05/2025 05:41 PM] |
| 07/31/2025 | 10<br>10 pg, 1.03 MB | RESPONSE on behalf of Appellants Maryann Butler and Audury Petie Davis to Legal Division letter advising of possible dismissal [4]. Certificate of Service dated 07/28/2025. Service made by US mail.--[Edited 08/05/2025 by JK] (JK) [Entered: 08/05/2025 05:45 PM] |
| 08/04/2025 | 8<br>2 pg, 97.14 KB | ECF FILER: ENTRY OF APPEARANCE from Ronald L Wiliams on behalf of Appellee(s) New American Funding, LLC. [25-2365] (RLW) [Entered: 08/04/2025 02:17 PM] |
| 08/06/2025 | 11<br>3 pg, 46.44 KB | ECF FILER: Motion filed by Appellee New American Funding filed by Attorney James McNally, Esq. for Appellee New American Funding to withdraw as counsel. Certificate of Service dated 08/06/2025. Service made by US mail. [25-2365] (JM) [Entered: 08/06/2025 09:43 AM] |
| 08/06/2025 | 12<br>15 pg, 1.03 MB | DOCUMENT filed by Appellants Maryann Butler and Audury Petie Davis titled Judicial Notice.. (JK) [Entered: 08/12/2025 10:37 AM] |
| 08/15/2025 | 13<br>183 pg, 12.66 MB | ECF FILER: Response filed by Appellee New American Funding to Legal Division letter, Legal Division letter. Certificate of Service dated 08/15/2025. [25-2365] (RLW) [Entered: 08/15/2025 03:08 PM] |
| 08/25/2025 | 14<br>4 pg, 147.49 KB | RESPONSE on behalf of Appellant Maryann Butler to Legal Division letter advising of possible dismissal [4], Legal Division letter advising of possible summary action [4]. (JK) [Entered: 08/26/2025 03:13 PM] |
| 08/25/2025 | 15<br>3 pg, 58.59 KB | MOTION filed by Appellant Maryann Butler to Correct Caption and Reflect Party Withdrawal. (JK) [Entered: 08/26/2025 03:15 PM] |
| 09/05/2025 | 16<br>11 pg, 1.79 MB | EMERGENCY MOTION by Appellant Maryann Butler for Preservation Order Pending Appeal under FRAP 8(a)(2) with Supplemental Notice in Support. --[Edited 09/25/2025 by JK] (JK) [Entered: 09/08/2025 03:36 PM] |
| 09/12/2025 | 17<br>4 pg, 1.08 MB | DOCUMENT filed by Appellant Maryann Butler titled Judicial Notice in Support of FRAP 8 Motion to preserve exhibit DD8. (KR) [Entered: 09/15/2025 11:45 AM] |
| 09/19/2025 | 18<br>6 pg, 22.7 MB | MOTION filed by Appellant Maryann Butler to Expedite Consideration and for Decision on the Papers of Emergency Motion for Preservation Order, or, in the alternative, for issuance of Order to Show Cause or for limited remand to allow District Court to enter preservation order. Certificate of Service dated 09/17/2025. Service made by US mail. (JK) [Entered: 09/25/2025 12:56 PM] |
| 10/01/2025 | 19<br>8 pg, 94.2 KB | MOTION filed by Appellant Maryann Butler for Time-Certain Docket Cure and 72-Hour Litigation-Hold Confirmation. Certificate of Service dated 09/25/2025. Service made by ECF. (JK) [Entered: 10/03/2025 10:48 AM] |

**Attachment E – Referenced in "Notice Regarding Custody and Preservation of Evidence (USB & Exhibit DD8)"**

Case: Butler v. New American Funding, 1:25-cv-00690-KMN-MCC (M.D. Pa.)

## Excerpt from Middle District of Pennsylvania Docket – ECF 90

Filed: August 26 2025

Entry Title: Exhibit DD8 – Off-Portal Transmission Metadata Record

Purpose of Attachment:

To document the metadata record verifying the January 31 2025 off-portal transmission of FHA loan materials and identification documents to New American Funding personnel. This exhibit provides the digital counterpart to the voicemail stored on the USB (Exhibit F2), together forming a single evidentiary chain now within the judiciary's possession.

Source: Official PACER docket entry as of October 6, 2025

| | | |
|---|---|---|
| | | (rw) (Entered: 08/26/2025) |
| 08/26/2025 | 89 | Supplemental Notice in Support of Rule 62.1 Motion 84 , filed by Maryann Butler. (Attachments: # 1 Proposed Order)(rw) (Entered: 08/26/2025) |
| 08/26/2025 | 90 | EXHIBIT DD-8 filed by Maryann Butler. (rw) (Entered: 08/26/2025) |
| 08/27/2025 | 91 | Supplemental DECLARATION of Audury Davis Regarding Exhibit by Maryann Butler. (rw) (Entered: 08/27/2025) |
| 08/28/2025 | 92 | Clarification Request Under Rule 62.1 filed by Maryann Butler. (rw) (Entered: 08/28/2025) |
| 09/04/2025 | | VERBAL ORDER REFERRING CASE to Magistrate Judge Martin C Carlson. (jw) (Entered: 09/04/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/04/2025 06:15:10 | | | |
| PACER Login: | Muhammad1987 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:25-cv-00690-KMN-MCC |
| Billable Pages: | 7 | Cost: | 0.70 |

**Attachment F – Referenced in "Notice Regarding Custody and Preservation of Evidence (USB & Exhibit DD-8)"**

Case: Maryann Butler and Audury Petie Davis v. New American Funding, LLC, et al., No. 25-2365 (3d Cir.)

## Excerpt from Third Circuit Docket – Document 6 (Cover Page and Stamp)

Filed: July 29 2025

Entry Title: Judicial Notice and Emergency Declaration Regarding Insurance-Based Risk and Procedural Delay

Purpose of Attachment:

To verify official receipt of the July 2025 submission that included the USB evidence package.

This docket-stamped cover page confirms the Court's physical possession of the materials on July 29 2025 and serves as independent proof of delivery and filing.

Source: Official PACER docket entry as of October 6, 2025



July 24, 2025

Clerk's Office
United States Court of Appeals for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Butler & Davis v. New American Funding
   Case No. [currently unassigned ] – Emergency Judicial Notice and Declaration

Dear Clerk of Court:

Please find enclosed for filing a Judicial Notice and Declaration titled:
**"Judicial Notice and Emergency Declaration Regarding Insurance-Based Risk, Procedural Delay, and Third-Party Harm."**

This submission is filed on behalf of the Appellants, **Maryann Butler and Audury Petie Davis**, and includes:

- A verified Judicial Notice and Declaration,
- A full exhibit package labeled **Exhibits B, D, D2, E, F, F2, O**, and
- A **USB drive** containing audio evidence marked as Exhibit F2.

We respectfully request that this notice be entered into the record for immediate consideration, as it reflects ongoing irreparable third-party harm and evidentiary developments relevant to appellate review.

Thank you for your attention to this matter.

Respectfully,
/s/ Audury Petie Davis
Audury Petie Davis
Plaintiff-Appellant, Pro Se
[2041 Greenwood
Harrisburg Pa 17104]

Enclosures: Judicial Notice, Declaration, Exhibits, USB
CC: James McNally (via email only)

