UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **25-2365**

Butler v. New American Funding

To:   Clerk

1)   Appellants' "Emergency Motion for Writ of Mandamus"

The foregoing has been placed on the docket. This Court is in receipt of Appellants' USB drive of exhibits received on July 29, 2025. The docket has been updated to reflect receipt of the exhibits. No further action will be taken on the foregoing motion.

Future audio and video files must be submitted in accordance with the Court's standing order and instructions available here: https://www.ca3.uscourts.gov/audio-and-video-files.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 6, 2025
JK/cc: Maryann Butler
Audury Petie Davis
All Counsel of Record